# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Anita Goldsmith | ) | Chapter 13 |
| | ) | Case No. 11 B 38371 |
| Debtor(s) | ) | Judge A. Benjamin Goldgar |

## Notice of Motion

Anita Goldsmith
239 Gentry St
Park Forest, IL  60466

Debtor Attorney: Ernesto D Borges Jr Esq
via Clerk's ECF noticing procedures

On July 08, 2014 at 10:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 642
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Friday, June 27, 2014.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On September 21, 2011, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on November 15, 2011, for a term of 60 months with payments of $370.00.

The status of the debtor's plan is:

| | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 33 | $12,210.00 | $11,215.41 | $994.59 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 06/26/2014
Due Each Month: $370.00
Next Pymt Due: 07/21/2014

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 09/03/2013 | 1510181 | $170.77 | 09/16/2013 | 1512406 | $170.77 |
| 09/30/2013 | 1515136 | $170.77 | 10/18/2013 | 1517918 | $170.77 |
| 10/29/2013 | 1520706 | $170.77 | 11/18/2013 | 1523614 | $170.77 |
| 11/27/2013 | 1526057 | $170.77 | 12/11/2013 | 1528339 | $123.83 |
| 12/27/2013 | 1530612 | $170.77 | 01/13/2014 | 1533001 | $170.77 |
| 03/13/2014 | 4064207 | $500.00 | 03/13/2014 | 4064206 | $1,000.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE